■ In the Matter of CHARLES PARRISH, Respondent, v GABRIEL RUSSO, as Director of the Monroe County Department of Social Services, et al., Appellants. — Judgment unanimously affirmed, without costs. (See *Matter of Anderson v Blum,* 77 AD2d 386; *Matter of Cirrana v D'Elia,* 96 Misc 2d 994, affd 70 AD2d 591.) (Appeals from judgment of Monroe Supreme Court — art 78.) Present — Dillon, P.J., Hancock, Jr., Doerr, Denman and Moule, JJ.

■ In the Matter of MARK PETERS, Appellant, v TOWN OF NORTH COLLINS, Respondent. — Order unanimously affirmed, without costs. Memorandum: Our affirmance is without prejudice to petitioner's applying to the proper authorities for an exempt fireman's certificate under section 202 of the General Municipal Law and, in the event of a refusal, petitioner's institution of a new proceeding pursuant to CPLR article 78 to enforce his right, if any, to such certificate (see 18 Opns St Comp, 1962, p 414). (Appeal from order of Erie Supreme Court — art 78.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Schnepp, JJ.